1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  BRIAN C. APPLEGATE,

12         Plaintiff,

13         v.

14  GOREE,

15         Defendant.

**Case No.  1:13-cv-01787-JLT (PC)**

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION; DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION AS A CIVIL MATTER**

**(Docs. 1, 2, 5)**

16
17         Proceeding pro se, Plaintiff Brian C. Applegate, filed a civil action on October 31, 2013.

18  (Doc. 1.)  Upon filing, the action was designated as a prisoner, conditions-of-confinement case.

19  On November 20, 2013, Plaintiff filed a motion seeking reconsideration of this action's

20  designation.  Upon review, it is apparent that the initial designation of this action as a prisoner

21  action, was in error.  Accordingly, the Court HEREBY ORDERS as follows:

22         1.      Plaintiff motion for reconsideration, filed November 20, 2013 (Doc. 5), is

23                 GRANTED;

24         2.      The Clerk of the Court shall re-designate this action as a civil matter; and

25  ///

26  ///

27  ///

28  ///

1

3.    The First Informational Order, filed on November 6, 2013 (Doc. 2), is VACATED. The court will screen the matter before further action is taken.

IT IS SO ORDERED.

Dated:  __**December 6, 2013**__          _____**/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE