UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. APPLEGATE,<br><br>  Plaintiff,<br><br>  v.<br><br>GOREE,<br><br>  Defendant. | Case No. 1:13-cv-01787-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION; DIRECTING CLERK'S OFFICE TO RE-DESIGNATE ACTION AS A CIVIL MATTER**<br><br>**(Docs. 1, 2, 5)** |

Proceeding pro se, Plaintiff Brian C. Applegate, filed a civil action on October 31, 2013. (Doc. 1.) Upon filing, the action was designated as a prisoner, conditions-of-confinement case. On November 20, 2013, Plaintiff filed a motion seeking reconsideration of this action's designation. Upon review, it is apparent that the initial designation of this action as a prisoner action, was in error. Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff motion for reconsideration, filed November 20, 2013 (Doc. 5), is GRANTED;
2. The Clerk of the Court shall re-designate this action as a civil matter; and

///
///
///
///

1  3. The First Informational Order, filed on November 6, 2013 (Doc. 2), is VACATED. The court will screen the matter before further action is taken.

IT IS SO ORDERED.

Dated: **December 6, 2013**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE