# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. APPLEGATE,<br><br>    Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | Case No.: 1:13-cv-01787 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS |

Brian Applegate ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with an action pursuant to the Freedom of Information Act. (Doc. 1.) On December 16, 2013, the Magistrate Judge recommended the action be dismissed without prejudice. (Doc. 11.) Plaintiff requests an extension of time to file objections, reporting the law library would be "inoperable until 1/6/14 for holiday observance" and he would be unable to conduct research. (Doc. 12.)

Accordingly, Plaintiff's motion for an extension of time is **GRANTED**, and his objections to the Findings and Recommendations **SHALL** be filed no later than **January 29, 2014**.

IT IS SO ORDERED.

Dated:  **January 6, 2014**         /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE

1